U.S. Postal Service™ RECEIPT

CERTIFIED MAIL™ Receipt

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To  Amy T Washington

Street, Apt. No.;  8215 Galbraith Point Lane, #P...
or PO Box No.

City, State, ZIP+4  Cincinnati, OH 45231

Postmark
Here

PS Form 3800, June 2002

7004 2510 0000 7504 4968

7004 2510 0000 7504 4968